JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA, WESTERN DIVISION

| | |
|---|---|
| JOSE PEDRO AVILA, an individual,, | Case No. 2:25-CV-02484-SVW-DFM |
| Plaintiff, | **ORDER RE STIPULATION TO REMAND** |
| vs. | Date:   May 19, 2025 |
| NISSAN NORTH AMERICA, INC., a Delaware Corporation, and DOES 1 through 10, inclusive., | Time:   1:30 p.n.<br>Crtrm.:  10A |
| Defendant. | Trial Date:       None Set |

For good cause showing, IT IS ORDERED that this action shall immediately be remanded to the Superior Court for the State of California, County of Los Angeles.

**IT IS SO ORDERED:**

DATED: April 29, 2025

By: _____

STEPHEN V. WILSON
UNITED STATES DISTRICT JUDGE

LEWIS
BRISBOIS
BISGAARD
& SMITH LLP
ATTORNEYS AT LAW

156278538.1